

# IN THE
## TENTH COURT OF APPEALS

### No. 10-24-00300-CR

**CORAIN LAMONT WATSON,**

           **Appellant**

**v.**

**THE STATE OF TEXAS,**

           **Appellee**

---

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 24-00730-CRF-361**

---

## MEMORANDUM OPINION

Corain Watson filed a pro se notice of appeal attempting to challenge his conviction and sentence imposed on February 28, 2024. Watson did not file a motion for new trial; therefore, his notice of appeal was due within 30 days after the date his sentence was imposed in open court. *See* TEX. R. APP. P. 26.2(a). Watson's notice of appeal is dated August 5, 2024 and was filed in the trial court on September 16, 2024. We have no

jurisdiction of an untimely appeal, and this appeal must be dismissed.  *See Olivo v. State*,

918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Accordingly, this appeal is dismissed.


STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed October 3, 2024
Do not publish
[CRPM]

